Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia  ▼

_____ Division

JAN 2 8 2026

FILED

Audrey R Fedrick                     )   Case No.   **CV326 - 003**
                                     )
                                     )              *(to be filled in by the Clerk's Office)*
                                     )
*Plaintiff(s)*                       )
*(Write the full name of each plaintiff who is filing this complaint.* )
*If the names of all the plaintiffs cannot fit in the space above,* )   Jury Trial: *(check one)* ☐ Yes ☐ No
*please write "see attached" in the space and attach an additional* )
*page with the full list of names.)* )
          -v-                        )
                                     )
Carl Vinson Medical Center           )
                                     )
See attached                         )
                                     )
*Defendant(s)*                       )
*(Write the full name of each defendant who is being sued.  If the* )
*names of all the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page* )
*with the full list of names.)* )

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Audrey R Fedrick |
| Street Address | 911 Bay Street |
| City and County | Vidalia Toombs |
| State and Zip Code | Georgia 30474 |
| Telephone Number | (912) 246-5094 |
| E-mail Address | mommy041972@gmail.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

## Defendants

Tamika Delice, Nurse manager

Sheney Hargraves, Chief of Nursing

Carmen Adeboye, Chief of Mental Health Nursing

Nurse Manger, Tamika Delice failed to:

1. Review Time and Attendance Reviews required every quarter for 12 months during my probationary period, therefore I had no training and knowledge of these issues.

2. Failed to present a notice of termination in a timely manner, therefore having no chance to correct unknown time and attendance issues.

3. Termination documents were falsified by Tamika Delice, stating that, "Performance and conduct wasn't least fully or successful."

4. E-Performance signed by me, Audrey R Fedrick, (LPN) and Tamika Delice, (Nurse Manager), on 05/07/2025, stated "Fully successful or better."

Chief of Nursing, Sheney Hargraves, stated to me on July 31, 2025, that Tamika Delice was not required to meet and discuss any Time and Attendance issues with me during my probationary period. Time and attendance reviews are listed in the VA handbook, therefore violating my rights to required fair and equal employment.

Chief of Mental Health Nursing, Carmen Adeboye, stated to me that, "Tamika Delice should not have had to meet with me to discuss these things, because, as long as you have been a nurse, you should have known better. This statement violated my rights and disturbed my emotional well-being. Carmen Adeboye also stated that Tamika Delice was not required to meet with me for time and attendance reviews.

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Due Process- (Procedural) 5th Amendment
1.No notice
2.Denied opportunity to be heard through mediation.
3.Denied an impartial tribunal.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

and has its principal place of business in the State of *(name)*

_____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of

the State of *(name)* _____.  Or is a citizen of

*(foreign nation)* _____.

      b.    If the defendant is a corporation

    The defendant, *(name)* _____ , is incorporated under

    the laws of the State of *(name)* _____ , and has its

    principal place of business in the State of *(name)* _____ .

    Or is incorporated under the laws of *(foreign nation)* _____ ,

    and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On August 6, 2025 The Carl Vinson Medical Center allowed Tamika Delice,(Nurse Manager) Sheney Hargraves, (Chief of Nursing) and Carmen Adeboye (Chief of Mental Health Nursing), to make a decision to terminate my employment without a notice, i was also denied an opportunity to be heard through mediation as requested by the EEOC, and denied an impartial tribunal, all requried by The Constitution's Procedural Due Process.( 5th Amendment)

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am asking for the relief of financial compensation due to monetary damages caused by wrongful actions and statements of termination by, Tamika Delice, Sheney Hargraves, and Carmen Adeboye, all employees of the Carl Vinson Medical Center. I am asking to be awarded my hourly full time back pay up to the day of court for each pay period i have missed since August, 23, 2025. I am also asking for compensation for being deprived of medical insurance benefits for medical visits, and pain and suffering mentally, due to termination. These actual monetary damages adding up to approximately ($50,000) fifty thousand dollars.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    1-28-26

Signature of Plaintiff    Audrey R Fedrick

Printed Name of Plaintiff    Audrey R Fedrick

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address